111 E. Locust, Suite. 500
Angleton, TX 77515

www.brazoria-county.com



979-864-1316
979-388-1316
281-756-1316

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 9:07:15 AM
CHRISTOPHER A. PRINE
Clerk

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

## NOTICE OF ASSIGNMENT ON APPEAL

3/27/2015

TO:    FIRST COURT OF APPEALS

RE:    Cause No. **65767, in the 149th District Court**

   Style;   **JAS FAMILY LIMITED PARTNERSHIP #4 LTD VS. PAULA M. MILLER**

   ***********************************

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:       1/27/15
NOTICE OF APPEAL:       2/18/15
MOTION FOR NEW TRIAL:       NO
ORDER OVERRULING MOT N/T    N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQ. FOR REPORTERS RECORD:    NO
METHOD OF DELIVERY:       TAMES PORTAL
JUDGE PRESIDING:       TERRI HOLDER
COURT REPORTER:       ROBIN RIOS


   ***********************************

APPELLANT:       PAULA M. MILLER

ATTORNEY(S) FOR APPELLANT:  PAULA M. MILLER, PRO SE
ADDRESS: P.O. BOX 981013
TEL.:    281-571-3446    FAX :    801-618-1656
EMAIL ADDRESS:   UNKNOWN
TEXAS BAR NO.:    N/A